### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION


**TERRY LYNN BARBER**                                                    **PETITIONER**

**V.**                                                    **NO. 3:26-CV-230-JDM-RP**

**STATE OF MISSISSIPPI, and**
**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                **RESPONDENTS**


### ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge James D. Maxwell II on August 12, 2026. Judge Maxwell, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 12th day of August 2026.

  /s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI