IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERRY LYNN BARBER PETITIONER

v. CAUSE NO. 3:26-CV-230-SA-RP

STATE OF MISSISSIPPI, et al. RESPONDENTS

ORDER TRANSFERRING CASE

This matter comes before the Court *sua sponte* for consideration of transfer. Terry Lynn Barber has submitted a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner was convicted as a habitual offender in the Circuit Court of DeSoto County for charges of possession of methamphetamine.

The petitioner has filed another unsuccessful § 2254 motion concerning the same conviction which he now seeks to challenge. *See Terry Lynn Barber v. State of Mississippi, et al*., 3:23-cv-90-SA-RP.

The Antiterrorism and Effective Death Penalty Act requires that before a district court files a second or successive petition, "the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The petitioner has not obtained such an order. Rather than dismissing the petition on this basis, the Fifth Circuit permits district courts to transfer the petition for consideration pursuant to 28 U.S.C. § 2244(a) and (b)(3)(c). *See In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997). Therefore, in the interest of justice and judicial economy, it is ORDERED:

1) That this petition will be transferred to the Fifth Circuit Court of Appeals for the petitioner to seek leave to file this successive § 2254 petition;

2) That the Clerk of Court is DIRECTED to TRANSFER this petition and the entire record to the Fifth Circuit Court of Appeals in accordance with 28 U.S.C. § 2244(a) and (b)(3)(c), and *In re Epps*, 127 F.3d at 365; and

3) This case is CLOSED.

SO ORDERED, this the 25th day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE